IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,                                  Case No. 1:17-cr-695-JMC

v.

CHARMAINE PERALTA,

    Defendant.

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND THE DEADLINE TO SELF-SURRENDER TO THE U.S. MARSHALS SERVICE**

On October 1, 2018, Defendant filed an unopposed Motion to Extend the Deadline to Self-Surrender to the U.S. Marshals Service. In that motion, Defendant requests an additional fourteen days to self-surrender in order to make arrangements to transfer custody of her children. She requests that she continue on the same terms and conditions of release until October 17, 2018. Defendant states that both the United States and her probation officer do not oppose this motion.

For good cause shown, the Court GRANTS Defendant's Unopposed Motion to Extend the Deadline to Self-Surrender to the U.S. Marshals. Accordingly, Defendant shall surrender to the United States Marshals Service for the service of her sentence on October 17, 2018.

IT IS SO ORDERED.

                                              Entered for the Court
                                              this the 2nd day of October, 2018

                                              /s/ Joel M. Carson III_____
                                              Joel M. Carson III
                                              United States Circuit Judge
                                              Sitting by Designation