IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARMAINE PERALTA,

    Defendant.

Case No. 1:17-cr-695-JMC

## ORDER SCHEDULING SENTENCING HEARING AND GRANTING DEFENDANT'S UNOPPOSED MOTION TO PERMIT HER APPEARANCE TELEPHONICALLY AT ANY RE-SENTENCING

On April 19, 2019, the United States Court of Appeals for the Tenth Circuit remanded the above-styled criminal action for resentencing. On May 23, 2019, Defendant filed an unopposed motion to permit her appearance telephonically at any resentencing.

Federal Rule of Criminal Procedure 43(c) allows a defendant who has pleaded guilty to waive her right to be present during sentencing. In her motion, Defendant indicates that the government does not oppose this request. For good cause shown, the Court GRANTS Defendant's unopposed motion to permit her appearance telephonically at the resentencing.

Counsel for the parties shall appear before the Court for Defendant's Sentencing Hearing on **June 17, 2019 at 10:00 a.m. at the United States Courthouse, 500 N. Richardson, Roswell, N.M. 88201**. The parties shall each file a sentencing memorandum on or before **June 10, 2019**.

IT IS SO ORDERED.

Entered for the Court
this the 30th day of May, 2019

/s/ Joel M. Carson III
Joel M. Carson III
United States Circuit Judge
Sitting by Designation